## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH MURCHISON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-3422-CV-S-DGK-P |
| JOHN ROGERS, et al., | ) |
| Defendants. | ) |

**ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT**

For the reasons set forth in defendants' opposition thereto (Doc. No. 19), it is **ORDERED** that plaintiff's motion for leave to file a supplemental complaint (Doc. No. 17) is denied.

/s/ Greg Kays
GREG KAYS
United States District Judge

Kansas City, Missouri,

Dated: 5/17/2012 .